IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANDRE LAVONT McDANIEL, | ) | |
|---|---|---|
| Plaintiff(s), | ) | No. C 05-5061 CRB (PR) |
| v. | ) | ORDER OF DISMISSAL |
| SGT. GARY BASOR, et al., | ) | (Doc # 2) |
| Defendant(s). | ) | |

On December 20, 2005, the post office returned the court's mail to plaintiff as undeliverable. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk shall close the file and terminate all pending motions (see, e.g., doc # 2) as moot. No fee is due.

SO ORDERED.

DATED: March 23, 2006

CHARLES R. BREYER
United States District Judge